FILED

2024 Sep-19  PM 02:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RANDALL SCOTT NELSON, and )
MARION KAY NELSON, )
            )
    Plaintiffs, )
            ) 24-cv-
v. )
            )
FRANKENMUTH MUTUAL )
INSURANCE COMPANY, )
            )
    Defendant. )

## NOTICE OF REMOVAL

Defendant Frankenmuth Insurance Company formerly known as Frankenmuth Mutual Insurance Company ("Frankenmuth") removes this action to the United States District Court for the Northern District of Alabama, Southern Division, on the grounds that the proper and real parties in interest are of diverse citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. §§ 1332, 1441, and 1446. In support, Frankenmuth submits the following:

1.    Plaintiffs filed this civil action on September 9, 2024, in the Circuit Court of Jefferson County (Birmingham Division), Alabama. The action was then pending as Randall Scott Nelson and Marion Kay Nelson v. Frankenmuth Mutual

Insurance Company, Civil Action Number 01-CV-2024-903578 (the "Underlying Suit").

2.    A true and correct copy of all process and pleadings filed in the Underlying Suit before this removal is attached hereto. See Exhibit 1.

3.    Plaintiffs Randall Scott Nelson and Marion Kay Nelson allege claims against Frankenmuth for (a) breach of insurance policy contract, (b) bad faith; and, (c) misrepresentation. See Exhibit 1 – Complaint.

4.    **This Removal is Timely.**  According to the Jefferson County Circuit Court records, a copy of the summons and complaint was served via certified mail upon Frankenmuth on September 12, 2024. See Exhibit 1 – Summonses, Certified Mail Return Receipts.   The described service constituted "receipt … through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446 (b)(1). Pursuant to Rule 6(a), Fed. R. Civ. P., Frankenmuth files this Notice of Removal within the required 30 days of such service.  28 U.S.C. § 1446(b).

5.    **Complete Diversity of Citizenship Exists Between the Real and Proper Parties.** This Court has jurisdiction pursuant to 28 U.S.C. § 1332, and removal is proper pursuant to 28 U.S.C. § 1441 because there is diversity of citizenship among the real and proper parties in interest:

> a.    Plaintiff Randall Scott Nelson is a citizen of the state of Alabama (see Exhibit 1 – Complaint, ¶ 1);

b.  Plaintiff Marion Kay Nelson is a citizen of the state of Alabama (see Exhibit 1 – Complaint, ¶ 1);

c.  Frankenmuth is a citizen of the State of Michigan because it is an entity organized under the laws of and has its principal place of business in the State of Michigan.

6.  **The Amount in Controversy Exceeds $75,000.** As pleaded in the complaint in the Underlying Suit, the dispute at issue arises from a disagreement regarding the amount owed under a commercial general liability policy due to an alleged water loss claim. According to the Plaintiffs they suffered, at least a $100,000.00 worth of damage and requested payment from Frankenmuth for this amount. See Exhibit 2 – Proof of Loss Form and Email. Plaintiffs also seek to recover an unspecified amount of punitive damages. See Exhibit 1, Complaint. Thus, the amount in controversy, exclusive of interest and costs, exceeds $75,000. 28 U.S.C. § 1332(a).

7.  **Removal Perfected.** As established above, diversity of citizenship exists between the proper parties in this case, and the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, this action is removed to this Honorable Court.

8.  **Notice Provided to the State Court.** In accordance with 28 U.S.C. § 1446(d), Frankenmuth has caused a copy of this notice of removal to be filed with the Clerk of the Jefferson County (Birmingham Division) Circuit Court. See Exhibit 3 – Notice of Filing Notice of Removal.

Respectfully Submitted,

/s/ Kori L. Clement
Kori L. Clement (CLEMK5125)
Attorney for Defendant Frankenmuth Insurance Company formerly known as Frankenmuth Mutual Insurance Company

OF COUNSEL:
Klasing, Williamson & Burke, P.C.
100 Concourse Parkway
Suite 275, East Tower
Birmingham, Alabama 35244
Telephone: (205) 322-3040
Email:    clem@harelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and placed a copy of same via U.S. Mail addressed to the following:

R. Leland Lesley, Esquire
The Lesley Law Firm
2908 Crescent Avenue
Birmingham, Alabama 35209
(205) 870-1986
Email: lee@lesleylawfirm.com

/s/ Kori L. Clement
Of Counsel

4