**FILED**

2025 Apr-23 PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDALL SCOTT NELSON, and MARION KAY NELSON, <br><br> Plaintiffs, <br><br> v. <br><br> FRANKENMUTH MUTUAL INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  2:24-CV-01277-SGC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>REPORT OF PARTIES SETTLEMENT CONFERENCE</u>

COME NOW the parties to the above-styled action, by and through their respective counsel of record, and file the following report of settlement conference: Kori L. Clement attorney for the Defendant Frankenmuth Insurance Company and R. Leland Lesley attorney for Plaintiffs Randall Scott Nelson and Marion Kay Nelson, met on April 23, 2025, in order to conduct a settlement conference as required by the Court's Uniform Scheduling Order. All parties met in an effort to settle this matter; however, settlement could not be reached. The parties to this matter will continue in their efforts to resolve this matter, if possible.

Respectfully submitted this 23rd day of April, 2025.

Respectfully Submitted,

/s/ Kori L. Clement
Kori L. Clement (CLEMK5125)
Attorney for Defendant Frankenmuth Insurance Company formerly known as Frankenmuth Mutual Insurance Company

OF COUNSEL:
Klasing, Williamson & Burke, P.C.
100 Concourse Parkway
Suite 275, East Tower
Birmingham, Alabama 35244
Telephone: (205) 322-3040
Email:      clem@harelaw.com

/s/ R. Leland Lesley [by consent]
R. Leland Lesley
Attorney for Plaintiffs Randall Scott Nelson and Marion Kay Nelson

OF COUNSEL:
The Lesley Law Firm
2908 Crescent Avenue
Birmingham, Alabama 35209
Telephone: (205) 870-1986
Email:      lee@lesleylawfirm.com

2